BEFORE THE THIRD DIVISION, MAY 25, 1942

**No. 47220.**—Protests 974183–G, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 20, 1942

**No. 47221.**—Suit 4362.—                    —*Herrmann & Jacobs, Inc.* v. *United States.* C. D. 466 affirmed. C. A. D. 203.

BEFORE THE FIRST DIVISION, MAY 27, 1942

**No. 47222.**—Protest 6581–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that 51 percent of this product consists of merchandise subject to a tax of 3 cents per pound under section 701, the protest was sustained.

**No. 47223.**—Protest 14462–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 41 percent of the Albatex POC pat. was held taxable at 3 cents per pound and 51 percent of the Sapamine FLC pat. was held taxable at 3 cents per pound as claimed.

**No. 47224.**—Protest 33366–K of Ciba Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that only 45 percent of this product is subject to the tax of 3 cents per pound. The protest was therefore sustained to this extent.